■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY M. BRYANT, Appellant. [59 NYS3d 899]—Appeal by the defendant, as limited by his motion, from a resentence of the County Court, Dutchess County (Forman, J.), imposed May 21, 2015, upon his plea of guilty, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Thompson*, 150 AD3d 771 [2017]; *People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Chambers, Roman, Cohen and Hinds-Radix, JJ., concur.